# Court of Appeals, State of Michigan

## ORDER

People of MI v Darell Chancellor

Docket No. 314437

LC No. 12-004974-FH

Christopher M. Murray
Presiding Judge

Kathleen Jansen

Douglas B. Shapiro
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued September 30, 2014 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 04 2014
Date

Chief Clerk